UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAMMY WATKINS-FIELDS and SHEILA BRYANT, on behalf of themselves individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SSS EDUCATION, INC., d/b/a JERSEY COLLEGE,<br><br>Defendant. | Case No. 2:23-cv-23154-JXN-JBC<br>         2:24-cv-00261-JXN-JBC<br>            (Consolidated) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Tammy Watkins-Fields and Sheila Bryant hereby give notice that their claims in this action against Defendant SSS Education Inc., d/b/a Jersey College are hereby voluntarily dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: September 10, 2024

Respectfully submitted,

By: _____
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
Gary Graifman
135 Chestnut Ridge Road
Montvale, NJ 07645
Telephone: (201) 391-7000
ggraifman@kgglaw.com

**MASON LLP**
Gary E. Mason
Danielle L. Perry
Lisa A. White
5335 Wisconsin Ave., NW, Ste 640
Washington, DC 20015

Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

**STRAUSS BORRELLI, PLLC**
Raina Borrelli
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

**SALTZ MONGELUZZI & BENDESKY, P.C.**
Patrick Howard (JD-02280-2001)
8000 Sagemore Drive, Ste 8303
Marlton, NJ 08053
phoward@smbb.com

*Attorneys for Plaintiffs and Proposed Class*